IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

ROBERT JOSEPH BISON, JR. (01)

Case No.      4:26-CR-092-O
**[Supersedes Indictment Returned on April 8, 2026, as to defendant Bison, Jr. (01) only.]**

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning on a date unknown but no later than in and around December 2025 and continuing until in and around February 2026, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant, **Robert Joseph Bison, Jr.,** along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

**Superseding Information – Page 1**

## **Forfeiture Notice**
21 U.S.C. § 853(a)(1)

The allegations contained in Count 1 are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853(a)(1), upon conviction of an offense in violation of 21 U.S.C. §§ 846 and 841 as alleged, defendant, **Robert Joseph Bison, Jr.,** shall forfeit to the United States of America all rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained directly or indirectly as a result of the offenses and all rights, title and interest in any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of either of the Title 21 violations alleged.

RYAN RAYBOULD
UNITED STATES ATTORNEY

LAURA G. MONTES
Assistant United States Attorney
Massachusetts State Bar No. 687739
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Email: Laura.Montes@usdoj.gov

**Superseding Information – Page 2**