ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                        No. 4:26-CR-092-O

ROBERT JOSEPH BISON, JR.

## WAIVER OF INDICTMENT

I, ROBERT JOSEPH BISON, JR., the above named defendant, who is accused with the felony offense of conspiracy to possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846, being advised of the nature of the charge, the proposed Superseding Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Superseding Information rather than by Indictment.

Signed this 15 day of MAY, 2026.

_____          _____
ROBERT JOSEPH BISON, JR.                  CHRISTOPHER WEINBEL
Defendant                                 Attorney for Defendant