IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                      Criminal No.   4:26-CR-092-O

ROBERT JOSEPH BISON, JR.

FACTUAL RESUME

SUPERSEDING
INFORMATION:    Count One:  Conspiracy to Possess with Intent to Distribute a
Controlled Substance (in violation of 21 U.S.C. § 846, and 21 U.S.C.
§§ 841(a)(1) and (b)(1)(B))

MAXIMUM PENALTY:
$5,000,000 fine and not less than five (5) years nor more than forty (40)
years imprisonment, plus a term of supervised release of not less than four
(4) years.  If the defendant violates any condition of supervised release, the
Court may revoke such term of supervised release and require the defendant
to serve an additional period of confinement.  Further the Court must
impose a Mandatory Special Assessment of $100.00.

ELEMENTS OF THE OFFENSE:
The essential elements which must be proved beyond a reasonable doubt in order to
establish the offenses charged in Count One are as follows:

First:       That two or more persons, directly or indirectly, reached an agreement to
distribute or possess with intent to distribute a controlled substance, as
charged;

Second:      That the defendant knew of the unlawful purpose of the agreement;

Third:       That the defendant joined in the agreement willfully, that is, with the intent
to further its unlawful purpose;

Fourth:      That the overall scope of the conspiracy involved over 50 grams of a
mixture or substance containing a detectable amount of methamphetamine,
a Schedule II controlled substance; and

Fifth:     That the defendant knew or reasonably should have known that the scope of the conspiracy involved over 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

STIPULATED FACTS:

Beginning on a date unknown but no later than in and around December 2025 and continuing until in and around February 2026, ROBERT JOSEPH BISON, JR. has been receiving over 50 grams of methamphetamine from at least one source, including Ernesto Gonzales. In turn, ROBERT JOSEPH BISON, JR., and other co-conspirators would distribute the methamphetamine to various customers in the Fort Worth area and elsewhere.

On or about December 9, 2025, the CS, at the direction of investigators, a confidential source (CS) coordinated the purchase of one (1) kilogram of methamphetamine from BISON. On that date, BISON obtained the methamphetamine for the transaction from Ernesto Gonzales.

On or about February 3, 2026, at the direction of investigators, another CS and an undercover agent (UC) coordinated the purchase of approximately nine (9) ounces of methamphetamine from BISON. After the transaction, the UC observed BISON had an additional large quantity of methamphetamine in his vehicle. A subsequent traffic stop revealed currency and over 700 grams of methamphetamine.

(continued on the next page)

ROBERT JOSEPH BISON, JR. stipulates to the facts above, and that he conspired with others to possess with intent to distribute more than 50 grams of methamphetamine.

SIGNED this ___13___ day of _____MAY_____, 2026.

_____
ROBERT JOSEPH BISON, JR.
Defendant

_____
CHRISTOPHER WEINBEL
Counsel for Defendant