## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

## MINUTE ORDER

| | |
|---|---|
| Type hearing: | Guilty Plea at Arraignment, **NON-EVIDENTIARY** HELD |
| Case number: | 4:26-CR-00092-O |
| Defendant | ROBERT JOSEPH BISON, JR, sworn |
| Court Reporter | Debbie Saenz |
| Interpreter: | |
| US Attorney: | Laura Montes — Josh Garland |
| Defense Attorney: | Christopher James Weinbel-FPD — Eduardo Carranza |
| Time in Court: | 10 minutes |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | 20th day of May, 2026 |
| Status: | Defendant entered plea of guilty to Count(s) 1 of the SS Information |

Deft TBS: 8:30 am - September 18, 2026

PSI Referral Form to Defendant's Attorney
Scheduling Order to follow
Deft continued in custody

| | |
|---|---|
| Deputy Clerk: | Julie Harwell |