IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

ERNESTO ALONZO GONZALES  (02)

Criminal No.  4:26-CR-092-O

## FACTUAL RESUME

SUPERSEDING
INFORMATION:   Count One:   Conspiracy to Possess with Intent to Distribute a
Controlled Substance (in violation of 21 U.S.C. § 846, and 21 U.S.C.
§§ 841(a)(1) and (b)(1)(B))

MAXIMUM PENALTY:
$5,000,000 fine and not less than five (5) years nor more than forty (40)
years imprisonment, plus a term of supervised release of not less than four
(4) years.  If the defendant violates any condition of supervised release, the
Court may revoke such term of supervised release and require the defendant
to serve an additional period of confinement.  Further the Court must
impose a Mandatory Special Assessment of $100.00.

ELEMENTS OF THE OFFENSE:
The essential elements which must be proved beyond a reasonable doubt in order to
establish the offenses charged in Count One are as follows:

First:      That two or more persons, directly or indirectly, reached an agreement to
distribute or possess with intent to distribute a controlled substance, as
charged;

Second:     That the defendant knew of the unlawful purpose of the agreement;

Third:      That the defendant joined in the agreement willfully, that is, with the intent
to further its unlawful purpose;

Fourth:     That the overall scope of the conspiracy involved over 50 grams of a
mixture or substance containing a detectable amount of methamphetamine,
a Schedule II controlled substance; and

Fifth:    That the defendant knew or reasonably should have known that the scope of the conspiracy involved over 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

STIPULATED FACTS:

Beginning on a date unknown but no later than in and around December 2025 and continuing until in and around February 2026, ERNESTO ALONZO GONZALES has been receiving over 50 grams of methamphetamine from at least one source. In turn, ERNESTO ALONZO GONZALES, and other co-conspirators would distribute the methamphetamine to various customers in the Fort Worth area and elsewhere.

On or about December 9, 2025, the CS, at the direction of investigators, a confidential source (CS) coordinated the purchase of one (1) kilogram of methamphetamine from Robert Bison. When the CS and Bison met to execute the transaction, Bison instructed the CS to wait at a location while Bison travelled to ERNESTO GONZALES' residence (a motel room) to obtain the methamphetamine. GONZALES provided Bison the methamphetamine and Bison completed the transaction with the CS.

On or about December 15, 2025, investigators executed a search warrant of GONZALES' residence which revealed multiple kilograms of methamphetamine. During a post-*Miranda* interview, GONZALES admitted to selling methamphetamine regularly from that residence that he would obtain from contacting sources in Mexico.

On or about February 3, 2026, a search of GONZALES' new residence revealed additional methamphetamine (over one kilogram) intended for further distribution, as

well as drug proceeds in U.S. currency. GONZALES admitted to having possessed additional multi-kilogram quantities of methamphetamine between the search warrant in December and the possession of the methamphetamine seized on February 3rd.

ERNESTO ALONZO GONZALES stipulates to the facts above, and that he conspired with others to possess with intent to distribute more than 50 grams of methamphetamine.

SIGNED this 20th day of May, 2026.

_____
ERNESTO ALONZO GONZALES
Defendant

_____
PAMELA FERNANDEZ
Counsel for Defendant