ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                    Criminal No.   4:26-CR-092-O

MAURICIO ENRIQUE HERNANDEZ (03)

## FACTUAL RESUME

SUPERSEDING
INFORMATION:    Count One:  Conspiracy to Possess with Intent to Distribute a
Controlled Substance (in violation of 21 U.S.C. § 846, and 21 U.S.C.
§§ 841(a)(1) and (b)(1)(B))

MAXIMUM PENALTY:

$5,000,000 fine and not less than five (5) years nor more than forty (40)
years imprisonment, plus a term of supervised release of not less than four
(4) years.  If the defendant violates any condition of supervised release, the
Court may revoke such term of supervised release and require the defendant
to serve an additional period of confinement.   Further the Court must
impose a Mandatory Special Assessment of $100.00.

ELEMENTS OF THE OFFENSE:

The essential elements which must be proved beyond a reasonable doubt in order to
establish the offenses charged in Count One are as follows:

First:         That two or more persons, directly or indirectly, reached an agreement to
               distribute or possess with intent to distribute a controlled substance, as
               charged;

Second:        That the defendant knew of the unlawful purpose of the agreement;

Third:         That the defendant joined in the agreement willfully, that is, with the intent
               to further its unlawful purpose;

Fourth:        That the overall scope of the conspiracy involved over 50 grams of a
               mixture or substance containing a detectable amount of methamphetamine,
               a Schedule II controlled substance; and

Fifth:　　　　That the defendant knew or reasonably should have known that the scope of the conspiracy involved over 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

STIPULATED FACTS:

Beginning on a date unknown but no later than in and around December 2025 and continuing until in and around February 2026, MAURICIO ENRIQUE HERNANDEZ has been receiving over 50 grams of methamphetamine from at least one source. In turn, MAURICIO ENRIQUE HERNANDEZ, and other co-conspirators would distribute the methamphetamine to various customers in the Fort Worth area and elsewhere.

On or about February 3, 2026, Investigators with DEA FWDO, TXDPS, Wise County Sheriff's Office, and Fort Worth PD Gang Unit conducted a buy/bust operation in Fort Worth, TX with utilization of a Cooperating Defendant, hereinafter referred to as CD2. CD2 advised that he/she (CD2) could have approximately five (5) kilograms of methamphetamine delivered to the Fort Worth, TX area. The CD2 contacted a Mexico broker by phone. The broker stated that he would contact a courier to deliver the five (5) kilograms of methamphetamine. Shortly after, the broker contacted CD2 and provided the location of XXXX Decatur Ave, Fort Worth, TX for the drug transaction. The broker advised CD2 to contact him when CD2 arrived at the location. The broker provided the description of the courier's vehicle as a black Dodge Durango.

Subsequently, a black Dodge Durango arrived at the meet location. CD2 then called the broker and advised the broker of new meet location in the attempt to have the Dodge Durango leave the parking lot. Shortly after, Fort Worth Gang Unit marked vehicles

intercepted the Dodge Durango and conducted a traffic stop on the vehicle in the 3600 block of N Nichols St, Fort Worth, TX for no front license plate and no license plate lights. A consent to search of the vehicle was conducted. Inside the car investigators located a black bag containing 5 zip-lock type bags containing suspected methamphetamine. The suspected methamphetamine was later transported to the DEA South-Central Laboratory and since then, TFO T. McClure has been provided with an analyst report which yielded a positive result for methamphetamine. The driver and sole occupant of the vehicle was identified as Mauricio HERNANDEZ. During a post-*Miranda* interview, HERNANDEZ admitted to being in possession of the five (5) kilograms of methamphetamine.

MAURICIO ENRIQUE HERNANDEZ stipulates to the facts above, and that he conspired with others to possess with intent to distribute more than 50 grams of methamphetamine.

SIGNED this ___22__ day of ____June____, 2026.

x *Mauricio Hernanda*

MAURICIO ENRIQUE HERNANDEZ
Defendant

ROEL ELIZALDE
Counsel for Defendant